IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:24-cv-673-RP |
| | § | |
| MELINDA J. WELWOOD, *as Dependent Executor of the Estate of Michael J. Welwood*, and MELINDA J. WELWOOD, | § § § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell concerning the United States of America's Motion for Default Judgement, (Dkt. 8). (R. & R., Dkt. 10). Defendant Melinda J. Welwood ("Defendant") timely filed objections to the report and recommendation, (Objs., Dkt. 11), and the United States of America responded, (Dkt. 12).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Defendant timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Defendant's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 10), is **ADOPTED**.

1

2

**IT IS FURTHER ORDERED** that the United States of America's Motion for Default Judgment, (Dkt. 8), is **GRANTED**.

The Court will enter final judgment by separate order.

**SIGNED** on May 7, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE